# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| ERIC JOSEPH RODRIGUEZ, | CASE NO. 13-CV-962-LAB-KSC |
|---|---|
| Plaintiff, | **ORDER ADOPTING REPORT & RECOMMENDATION** |
| vs. | |
| M. D. BITTER, Warden, | |
| Defendant. | |

Rodriguez filed a habeas petition pursuant to 28 U.S.C. § 2254 on April 22, 2013. Pursuant to 28 U.S.C. § 636, the petition was referred to Magistrate Judge Crawford for Report and Recommendation ("R&R"). Judge Crawford issued her R&R on November 7, 2014, recommending that Rodriguez's petition be denied. Judge Crawford ordered that any objections to the R&R be filed by December 12, 2014. Rodriguez has filed no objections.

"The court shall make a de novo determination of those portions of the [R&R] to which objection is made." § 636(b). Moreover, § 636(b)(1) does not require some lesser review by the district court when no objections are filed. *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). The Ninth Circuit has determined that the "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*,

//
//
//

1  but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)
2  (en banc) (emphasis in original).
3        The Court has reviewed the R&R and finds it correct. The R &R is **ADOPTED** and the
4  petition is **DENIED**.

6        **IT IS SO ORDERED**.
7  DATED: February 13, 2015

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge